**STATE OF TENNESSEE**
**Department of Commerce and Insurance**
**500 James Robertson Parkway**
**Nashville, TN 37243-1131**
**PH - 615.741.1670, FX - 615.532.2788**
**Service.Process@tn.gov**

RECEIVED
in Clerk's Office
MAY 12 2020
U.S. District Court
Middle District of TN

May 05, 2020

Lincoln Life Insurance Company Of Boston
2908 Poston Avenue, % C S C
Nashville, TN 37203
NAIC # 65315

Certified Mail
Return Receipt Requested
7019 1120 0000 4178 4140
Cashier # 53244

Re: Melissa Whited V. Lincoln Life Insurance Company Of Boston

Docket # 3:20-Cv-00333

To Whom It May Concern

Pursuant to Tennessee Code Annotated §56-2-504 or § 56-2-506, the Department of Commerce and Insurance was served April 28, 2020, on your behalf in connection with the above-styled proceeding. Documentation relating to the subject is herein enclosed.

Designated Agent
Service of Process

Enclosures

cc: Federal District Court Clerk
801 Broadway #800
Nashville, Tn 37203

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| MELISSA WHITED<br>*Plaintiff*<br>v.<br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON<br>*Defendant* | ) ) ) ) ) ) ) | Civil Action No. 3:20-cv-00333 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lincoln Life Assurance Company of Boston
c/o Registered Agent: Tennessee Commissioner of Insurance
Tennessee Department of Commerce and Insurance
500 James Robertson Parkway
Nashville, TN 37243

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: K. Cody Allison, Esq.
Cody Allison & Associates, PLLC
Parkway Towers
404 James Robertson Parkway- Ste. # 1623
Nashville, TN 37219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________

______________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

☐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

☐ I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

TN Department of Commerce & Insurance
Service of Process
500 James-Robertson Parkway
Nashville, Tennessee 37243

FIRST CLASS

U.S. POSTAGE PITNEY BOWES
ZIP 37243 $ 000.50⁰
02 4W
0000369238 MAY 07 2020

RECEIVED
in Clerk's Office
MAY 12 2020
U.S. District Court
Middle District of TN

FEDERAL DISTRICT COURT CLERK
801 BROADWAY #800
NASHVILLE, TN 37203

RECEIVED
in Clerk's Office
MAY 12 2020
U.S. District Court
Middle District of TN

37203386569 C046