**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **MELISSA WHITED,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO. 3:20-cv-00333** |
| | ) | |
| **v.** | ) | **JUDGE RICHARDSON** |
| | ) | |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,** | ) | **MAGISTRATE JUDGE NEWBERN** |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION FOR ENTRY OF AGREED ORDER TO EXTEND ANSWER DEADLINE**

Defendant, Lincoln Life Assurance Company of Boston ("Lincoln Life"), moves this Court for entry of the attached Agreed Order. As ground, the parties agree to the extension of time to file a responsive pleading.

Respectfully submitted this 19th day of May 2020.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Pro Hac Vice Motion Pending)
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of May 2020, a true and correct copy of the foregoing **MOTION FOR ENTRY OF AGREED ORDER** was filed via the Court's CM/ECF electronical filing system, which served the following counsel of record via electronic notification:

K. Cody Allison, Esq.
Samuel D. Payne
Lauren W. Travis
CODY ALLISON & ASSOCIATES, PLLC
Parkway Towers
404 James Robertson Pkwy, Ste # 1623
Nashville, TN 37219
cody@codyallison.com
sam@codyalliosn.com
lauren@codyallison.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers