**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **MELISSA WHITED,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO. 3:20-cv-00333** |
| | ) | |
| **v.** | ) | **JUDGE RICHARDSON** |
| | ) | |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,** | ) | **MAGISTRATE JUDGE NEWBERN** |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## AGREED ORDER

Upon agreement of counsel for the respective parties, and as evidenced by their signatures below, Defendant Lincoln Life Assurance Company of Boston ("Defendant") shall have an additional 14 days to file a responsive pleading. Therefore, it is ORDERED that Defendant shall have until Tuesday, June 2, 2020 to file a responsive pleading in this matter.

Entered this ________ day of May 2020.

BY THE COURT:

________________________________

**AGREED TO AND APPROVED FOR ENTRY:**

LAW OFFICES OF IWANA
RADEMAEKERS, P.C.

/s/ *Iwana Rademaekers*
Iwana Rademaekers (Texas Bar # 16452560)
(Pro Hac Vice Motion Pending)
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorneys for Defendant*

CODY ALLISON & ASSOCIATES, PLLC

*/s/ Lauren W. Travis (w/permission)*
K. Cody Allison (BPR No. 020623)
Samuel D. Payne (BPR No. 019211)
Lauren W. Travis (BPR No. 032473)
Parkway Towers
404 James Robertson Parkway, Suite 1623
Nashville, Tennessee 37219
Telephone: (615) 234-6000
Facsimile: (615) 727-0175
cody@codyallison.com
sam@codyallison.com
lauren@codyallison.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 19th day of May 2020, a true and correct copy of the foregoing **AGREED ORDER** was filed via the Court's CM/ECF electronic filing system, which served the following counsel of record via electronic notification:

K. Cody Allison, Esq.
Samuel D. Payne, Esq.
Lauren W. Travis, Esq.
Parkway Towers
404 James Robertson Parkway, Suite 1623
Nashville, Tennessee 37219
Telephone: (615) 234-6000
Facsimile: (615) 727-0175
cody@codyallison.com
sam@codyallison.com
lauren@codyallison.com

*Attorneys for Plaintiff*

*/s/ Iwana Rademaekers*
Iwana Rademaekers