**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **MELISSA WHITED,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO. 3:20-cv-00333** |
| | ) | |
| **v.** | ) | **JUDGE RICHARDSON** |
| | ) | |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,** | ) | **MAGISTRATE JUDGE NEWBERN** |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

---

## AGREED ORDER

---

Upon agreement of counsel for the respective parties, and as evidenced by their signatures below, Defendant Lincoln Life Assurance Company of Boston ("Defendant") shall have an additional 14 days to file a responsive pleading. Therefore, it is ORDERED that Defendant shall have until Tuesday, June 2, 2020 to file a responsive pleading in this matter.

Entered this 19th day of May 2020.

BY THE COURT:

Alistair E. Newbern, U.S. Magistrate Judge