**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**

Melissa Whited

Plaintiff,

v.

Case No.: 3:20−cv−00333

Lincoln Life Assurance Company of Boston

Defendant,

**ORDER ON MOTION TO APPEAR PRO HAC VICE**

Having satisfied the requirements of Local Rule 83.01(b), the motion to appear *pro hac vice* (Doc. No. 8) of Iwana Rademaekers is GRANTED.

s/ Kirk L. Davies, Clerk of Court