UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MELISSA WHITED,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | Case No. 3:20-cv-00333<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |

**ORDER**

This matter is set for an initial case management conference on June 29, 2020. (Doc. No. 4.) The conference will be held by telephone. Counsel for each party shall call (888) 557-8511 and enter access code 7819165# to participate. Counsel need not and should not appear in person.

It is so ORDERED.

ALISTAIR E. NEWBERN
United States Magistrate Judge