**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **MELISSA WHITED,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO. 3:20-cv-00333** |
| | ) | |
| **v.** | ) | **JUDGE RICHARDSON** |
| | ) | |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,** | ) | **MAGISTRATE JUDGE NEWBERN** |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

Defendant, Lincoln Life Assurance Company of Boston ("Lincoln Life") files this Unopposed Motion For Leave to File Under Seal as follows:

Lincoln Life requests that it be allowed to file *Defendant's Submission of Administrative Record* and the exhibits thereto under seal as, as directed by the Court's June 29, 2020 Order (Document 16), and as the administrative record contains personal and confidential medical information. Counsel for Plaintiff has no opposition to this request.

Further, the undersigned certifies that a timely filing of *Defendant's Submission of Administrative Record* was attempted on August 10, 2020 pursuant to the court's June 29, 2020 Order. However, after having been informed by the help desk that a motion to seal would not be necessary, the CM/ECF system would not allow the filing of the sealed event. After several attempts, the system finally appeared to accept all of the exhibits, but then displayed a message stating "There are no applicable events to relate to the current event. Docketing of this event cannot continue." After calling the court this morning, it was suggested that we should try the filing again with a motion for leave to seal.

WHEREFORE, Lincoln Life respectfully requests that this Court grant its Motion and enter an order placing under seal *Defendant's Submission of Administrative Record*, along with the exhibits thereto, and withholding these documents from public inspection.

Respectfully submitted this 11th day of August 2020.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Pro Hac Vice Motion Pending)
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

I certify that the undersigned conferred with Plaintiff's counsel at the June 29, 2020, case management conference concerning the contents of this Motion and was informed that Plaintiff does not oppose this Motion.

/s/ Iwana Rademaekers
Iwana Rademaekers

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11th day of August 2020, a true and correct copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL** was filed via the Court's CM/ECF electronical filing system, which served the following counsel of record via electronic notification:

K. Cody Allison, Esq.
cody@codyallison.com

Samuel D. Payne
sam@codyallison.com

Lauren W. Travis
lauren@codyallison.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers