**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

**MELISSA WHITED,**

**Plaintiff;**

**vs.**

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,**

**Defendant.**

**Case No.: 3:20-cv-00333**
**Judge Eli J. Richardson**
**Magistrate Judge Alistair E. Newbern**

---

## JOINT STATUS REPORT

---

In accordance with the Initial Case Management Order entered by the Court on June 29, 2020 [Doc. No. 16], Plaintiff, Melissa Whited, and Defendant, Lincoln Life Assurance Company of Boston, submit this Joint Status Report detailing their good faith attempt to settle the lawsuit.

1. Pursuant to the Initial Case Management Order, the parties are required to advise the Court of their good faith efforts to resolve the case by no later than September 18, 2020.

2. Plaintiff provided Defendant with her settlement demand last month, and Defendant anticipates responding to Plaintiff's demand shortly. While the parties have not yet reached an agreement, settlement discussions are ongoing.

3. The parties remain actively engaged in settlement negotiations and will continue to discuss settlement of the lawsuit going forward. At this time, the parties do not request Court ordered mediation, but will address the potential for resolution by informal means or mediation with each other.

Dated: September 17, 2020.

**Respectfully Submitted,**

CODY ALLISON & ASSOCIATES, PLLC

/s/ Lauren W. Travis
K. Cody Allison, BPR No. 20623
Samuel D. Payne, BPR No. 19211
Lauren W. Travis, BPR No. 32473
Parkway Towers
404 James Robertson Pkwy, Ste. #1623
Nashville, Tennessee 37219
Phone: (615) 234-6000
Fax: (615) 727-0175
cody@codyallison.com
sam@codyallison.com
lauren@codyallison.com

*Attorneys for Plaintiff*

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Texas Bar # 16452560
(Admitted Pro Hac Vice)
14785 Preston Road, Suite 550
Dallas, TX 75254
Telephone: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of September, 2020, it is anticipated that a true and exact copy of the foregoing will be served via the Court's CM/ECF system on:

Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, TX 75254
iwana@rademaekerslaw.com

/s/ Lauren W. Travis
Lauren W. Travis