The motion is GRANTED. The parties shall file a joint stipulation of dismissal by December 28, 2020. The case management conference set on November 13, 2020, is CANCELLED.

Alistair E. Newbern
U.S. Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

**MELISSA WHITED,**

**Plaintiff;**

**vs.**

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,**

**Defendant.**

**Case No.: 3:20-cv-00333**
**Judge Eli J. Richardson**
**Magistrate Judge Alistair E. Newbern**

---

## JOINT NOTICE OF SETTLEMENT

---

Plaintiff, Melissa Whited, and Defendant, Lincoln Life Assurance Company of Boston, by and through their undersigned counsel, submit this Joint Notice of Settlement and request to stay. The parties have reached a settlement in principle in this matter. The parties anticipate that they will be able to file a final notice of settlement and joint stipulation of dismissal with prejudice within forty-five (45) days of the filing of this notice, and the parties respectfully request that the Court stay any remaining deadlines in this matter for forty-five (45) days pending the finalization of the release and settlement agreement.

WHEREFORE, the parties respectfully notify the Court that they have reached a settlement, and request that the Court enter an order staying any deadlines in the case for forty-five (45) days.

Dated: November 12, 2020.

**Respectfully Submitted,**

CODY ALLISON & ASSOCIATES, PLLC

/s/ Lauren W. Travis
K. Cody Allison, BPR No. 20623
Samuel D. Payne, BPR No. 19211
Lauren W. Travis, BPR No. 32473
Parkway Towers
404 James Robertson Pkwy, Ste. #1623
Nashville, Tennessee 37219
Phone: (615) 234-6000
Fax: (615) 727-0175
cody@codyallison.com
sam@codyallison.com
lauren@codyallison.com

*Attorneys for Plaintiff*

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Texas Bar # 16452560
(Admitted Pro Hac Vice)
14785 Preston Road, Suite 550
Dallas, TX 75254
Telephone: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November, 2020, it is anticipated that a true and exact copy of the foregoing will be served via the Court's CM/ECF system on:

Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, TX 75254
iwana@rademaekerslaw.com

/s/ Lauren W. Travis
Lauren W. Travis