**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**

Melissa Whited

Plaintiff,

v.

Case No.: 3:20−cv−00333

Lincoln Life Assurance Company of Boston

Defendant,

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 11/30/2020 re [24].

Lynda M. Hill
s/ Alia D. Morgan, Deputy Clerk